# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: M.B.F., A MINOR : No. 96 WAL 2019
:
:
:
PETITION OF: G.B-C., NATURAL : Petition for Allowance of Appeal from
MOTHER : the Order of the Superior Court

## ORDER

**PER CURIAM**

 **AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.